# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

ANDREW WILLIAM ECKERD,

    Petitioner,

v.

E. NEAL JUMP,

    Respondent.

2:24-cv-55

## ORDER

The Magistrate Judge issued a Report, recommending the Court dismiss Petitioner Andrew Eckerd's ("Eckerd") 28 U.S.C. § 2241 Petition without prejudice.  Dkt. No. 4.  The undersigned adopted that recommendation, observing Eckerd had not filed objections and the time to do so had elapsed.  Dkt. No. 6.  However, Eckerd did submit timely objections to the Report and Recommendation, but his objections had not yet been docketed when I considered the Report and Recommendation.  Dkt. No. 6.

The Court has now reviewed Eckerd's Objections and **OVERRULES** them.  Dkt. No. 5.  Eckerd does not address the Magistrate Judge's determination that Eckerd did not exhaust his state remedies before filing his 28 U.S.C. § 2241 Petition and, thus, Eckerd's Petition is barred in this Court at this time.  Instead, Eckerd merely expounds on the allegations he made in his Petition.  Therefore, the Court's May 13, 2024 Order remains the Order of this Court.

**SO ORDERED**, this 14 day of May, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA